# United States District Court
## Violation Notice

MD39

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2240342 | LAHEIST | 1268 |

2240342

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 04/11/12  9:37AM | MD 21 201/A1 |

**Place of Offense**
CENTRAL AVE B RIGHT TURN ONLY LANE

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
FAILURE TO OBEY TRAFFIC CONTROL
DEVICES - RIGHT TURN ONLY PAVEMENT
MARKINGS AND ...

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MARIN | ALEXANDER | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 208E64 | MD | 2002 | INTERNATIONAL TRUCK | | WHITE |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS on back of yellow copy.

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS on back of yellow copy.

$ 90    Forfeiture Amount
       + $25 Processing Fee

**PAY THIS AMOUNT →** $ 115   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident